PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.  Crim. No.  1:16CR00080-1

Caterina Gustke

On October 6, 2017, the above named was placed on supervised release for a period of three years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Wright E. White
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 26th day of April, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA